IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALFONSO COBB
ADC #110170                                                                                          PLAINTIFF

V.                                         5:08CV00251 SWW/JTR

DR. RUDY TURNER                                                                              DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Pursuant to Fed. R. Civ. P. 4(m), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to provide a valid service address for the only Defendant in this action.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 13th day of February, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE