**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ALFONSO COBB
ADC #110170                                                                                          PLAINTIFF

V.                                   5:08CV00251 SWW/JTR

DR. RUDY TURNER                                                                              DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, and Judgment is entered in favor of Defendant on all claims set forth herein.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 13th day of February, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE